UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUDHEER RAO MOTURI,

                Petitioner,

     v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. 2:21-CV-947-RSL-DWC

REPORT AND RECOMMENDATION

Noting Date: November 19, 2021

      Petitioner initiated this 28 U.S.C. § 2241 habeas action to obtain release from immigration detention or a bond hearing. On October 4, 2021, petitioner was released from custody. Dkt. 13 at 6. The Government now moves to dismiss this action as moot. Dkt. 13.

      Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas petition challenges only the length of his detention, his claims were fully resolved by release

REPORT AND RECOMMENDATION - 1

from custody. *See id.* at 1065. Accordingly, there is no collateral consequence that could be redressed by the Court, and petitioner's habeas petition must be dismissed as moot. *See id.*

The Court recommends that the Government's motion to dismiss as moot (Dkt. 13) be GRANTED, petitioner's habeas petition be DENIED, and this action be DISMISSED with prejudice. The Court also DENIES as moot Respondent's motion for an extension of time to file his Answer (Dkt. 11). A proposed order accompanies this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on November 19, 2021 as noted in the caption.

Dated this 1st day of November, 2021.

David W. Christel
United States Magistrate Judge