UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUDHEER RAO MOTURI,

                    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

                    Respondent.

No. 2:21-CV-947-RSL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Government's motion to dismiss plaintiff's habeas petition as moot (Dkt. 13) is granted.

(3) Petitioner's habeas Petition is denied, and this action is dismissed with prejudice.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 3rd day of December, 2021.

Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1